United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**RENEE E. GLADLE**
                          Plaintiff

               VS.                         7:05-CV-797 (NAM) (GJD)

**COMMISSIONER OF SOCIAL SECURITY**

                          Defendant

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision denying disability benefits is REVERSED and this matter as to Renee E. Gladle is REMANDED to the Commissioner, pursuant to 42 USC 405(g) for consideration of other evidence and or vocational expert testimony on the issue of the impact of plaintiff's nonexertional impairments on her ability to perform other work existing in significant numbers in the national economy, and for further proceedings consistent with this Court's Order.

All of the above pursuant to the Order of the Honorable Judge Chief Judge Norman A. Mordue dated the 23rd day of September, 2008.

| | |
|---|---|
| **SEPTEMBER 24, 2008** | **LAWRENCE K. BAERMAN** |
| **DATE** | **Clerk of Court** |
| | s/ |
| | **Joanne Bleskoski**<br>**Deputy Clerk** |