UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RENEE E. GLADLE,

       Plaintiff,

: 7:05-CV-797
 (NAM/GJD)

       Defendant.

v.

: CONSENT ORDER TO
: AWARD ATTORNEY FEES
: PURSUANT TO EAJA,
 28 U.S.C. §2412(d)

MICHAEL J. ASTRUE,



X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of three thousand one hundred eight-seven dollars ($3,187.00) in full satisfaction of any claim for fees pursuant to the EAJA;

and that plaintiff be awarded costs under 28 U.S.C. § 1920 in the amount of two hundred fifty ($250.00) in full satisfaction of any claim for costs pursuant to that statute;

AND, the Court having reviewed the record in this matter;

IT IS on this 22nd day of Dec 2008;

ORDERED that plaintiff be awarded $3,187.00 in fees under the EAJA, and $250.00 under 28 U.S.C. § 1920, and that payment of said fee award be made to plaintiff.

/s/ Norman A. Mordue
NORMAN A. MORDUE
Chief U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
Acting United States Attorney

Date: December 22, 2008    By: /s/ Karen G. Fiszer
Karen G. Fiszer
Special Ass't U.S. Attorney
Attorney for Defendant
KF-6439

Date: December 22, 2008    By: /s/Lawrence D. Hasseler
Attorney for Plaintiff
Conboy, McKay, Bachman & Kendall, LLP
307 State Street
Carthage, New York 13610
101935

2